Appeal denied. Judgment affirmed on authority of KRS 242.370(4) and Stroud v. Com., 295 Ky. 694, 175 S. W. 2d 368.

**Harve MILLER, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

June 13, 1944.

Haynes Carter for movant.

Eldon S. Dummit, Attorney General, and Guy H. Herdman, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.